# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-883

DEBRA SCHMIDT, and

KELLY KOHLS,

      Plaintiffs,

v.

FALCON SCHOOL DISTRICT 49, and

JOHN GRAHAM, *individually and in his official capacity as president of the Board of Education of Falcon School District 49,* and

ROBERT KONZ, and

DAVID GLENN,

      Defendants.

---

## COMPLAINT

---

Now comes Plaintiffs DEBRA SCHMIDT and KELLY KOHLS and, for their *Complaint* herein, alleges as follows:

### Introduction

1.     This is an action for preliminary and permanent injunctive relief, declaratory judgment, and damages arising from the unconstitutional policies, practices, and customs of FALCON SCHOOL DISTRICT 49 and the unconstitutional actions of JOHN GRAHAM, individually and in his capacity as president of the Board of Education of Falcon School District 49, as well as the actions of ROBERT KRONZ and DAVID GLENN.

2.      The policies, practices, and customs of FALCON SCHOOL DISTRICT 49, as well as the personal actions of JOHN GRAHAM, ROBERT KRONZ, and DAVID GLENN have unconstitutionally restricted and prohibited access by DEBRA SCHMIDT and KELLY KOHLS to meetings of the Board of Education of Falcon School District 49 and have done so based upon and in retaliation for the content of the core political speech of DEBRA SCHMIDT and KELLY KOHLS.

3.      Through the adoption and the implementation of the policies, practices, and customs of FALCON SCHOOL DISTRICT 49, as well as the personal actions of JOHN GRAHAM, ROBERT KRONZ, and DAVID GLENN, the constitutional rights of DEBRA SCHMIDT and KELLY KOHLS guaranteed by the First and Fourteenth Amendments to the United States Constitution have been, and continued to be threatened to be, violated by the policies, practices, and customs of the FALCON SCHOOL DISTRICT 49 and the actions of JOHN GRAHAM, ROBERT KRONZ, and DAVID GLENN.

4.      The policies, practices, and customs of FALCON SCHOOL DISTRICT 49, and the actions of JOHN GRAHAM, ROBERT KRONZ, and DAVID GLENN have already had DEBRA SCHMIDT and KELLY KOHLS physically removed from a meeting of the Board of Education of Falcon School District 49 when DEBRA SCHMIDT and KELLY KOHLS refused to stop engaging their non-disruptive and constitutionally-protected speech activity during the course of meeting of simply holding signs and such removal was specifically because the speech was critical of JOHN GRAHAM and two other members of the Board of Education:



5.      On the other hand, during at least one prior meeting of the Board of Education of Falcon School District 49, the policies, practices, and customs of FALCON SCHOOL DISTRICT 49 and JOHN GRAHAM allowed and condoned other individuals holding and displaying signs during the course of meetings of the Board of Education when such signs were more disruptive than the non-disruptive and constitutionally-protected speech activity of DEBRA SCHMIDT and KELLY KOHLS but only when such signs were directed toward a member or members of the Board of Education adverse to JOHN GRAHAM and his political allies thereon:





## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331, as this action arises under the First and Fourteenth Amendments to the United States Constitution; under 28 U.S.C. § 1343(a)(3), in that it is brought to redress deprivations, under color of law, of rights, privileges, and immunities secured by the United States Constitution; under 28 U.S.C. § 1343(a)(4), in that it seeks to recover damages and secure equitable relief under an Act of Congress, specifically, 42 U.S.C. § 1983, which provides a cause of action for the protection of civil and constitutional rights; under 28 U.S.C. § 2201, to secure declaratory relief; under 28 U.S.C. § 2202, to secure other relief, including permanent injunctive and damages; and under 42 U.S.C. § 1988, to award attorneys' fees.

7.      Venue is proper within this judicial district pursuant to 28 U.S.C. § 1391(b) as: (i) Defendants are situated within this judicial district; and (ii) a substantial part of the events or

omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

**PARTIES**

8.      Plaintiff DEBRA SCHMIDT is a citizen of the State of Colorado, as well as a resident and taxpayer of the FALCON SCHOOL DISTRICT 49.

9.      Plaintiff KELLY KOHLS is a citizen of the State of Ohio.

10.      Defendant FALCON SCHOOL DISTRICT 49 is a school district organized and existing under Colorado law and, pursuant to Colo. Rev. Stat. § 22-32-101, is a body corporate with the capacity to sue and be sued.  Pursuant to Colo. Rev. Stat. § 22-32-103, the FALCON SCHOOL DISTRICT 49 is governed by the Board of Education of Falcon School District 49.

11.      Defendant JOHN GRAHAM is one of the five members of the Board of Education of Falcon School District 49 and was selected as the president of the Board of Education to preside over the meetings of the Board of Education.  He is a policymaker and/or final decision-maker for FALCON SCHOOL DISTRICT 49 for the conducting of and activities associated with meetings of the Board of Education of the Falcon School District 49.  Due also to the actions personally taken by him, JOHN GRAHAM is named in both his individual capacity and in his official capacity.

12.      Defendant ROBERT KONZ undertook specific and personal actions herein giving rise to the constitutional violations and did so in his capacity as security for FALCON SCHOOL DISTRICT 49.  Due also to the actions personally taken by him, ROBERT KONZ is named in his individual capacity.

13.    Defendant DAVID GLENN undertook specific and personal actions herein giving rise to the constitutional violations and did so in his capacity as security for FALCON SCHOOL DISTRICT 49.  Due also to the actions personally taken by him, DAVID GLENN is named in his individual capacity.

14.    All actions by the Defendants herein were taken under color of state law.

## FACTUAL ALLEGATIONS

### Special Meeting of November 10, 2022

15.    At a special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, JOHN GRAHAM undertook and led an effort to have Ivy Liu, another member of the Board of Education, censured based upon Ms. Liu's exercise of core political speech protected by the First Amendment to the United States Constitution.

16.    In fact, in advance of the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, JOHN GRAHAM was quoted in local media as declaring that Ms. Liu was expected "retract or clarify" certain comments.[1]

17.    Additionally, in advance of the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, JOHN GRAHAM specifically posted on the Facebook page of the FALCON SCHOOL DISTRICT 49 wherein he explicitly called upon Ms. Liu "to retract [her] [Facebook] post or clarify it".

18.    Ultimately, at the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, on a 3-to-2 vote, with JOHN GRAHAM, Lori Thompson, Rick

---

[1]    *See* https://gazette.com/news/education/social-emotional-learning-banning-critical-race-theory-on-d-49-meeting-agenda/article_736871be-60a9-11ed-918e-3ff82810dd22.html

Van Wieren voting in favor, the Board of Education approved a resolution made by JOHN GRAHAM (and clearly drafted in advance of the meeting) that explicitly "demand[ed] the immediate resignation of Director Ivy Liu."

19.    A true and accurate copy of the *Resolution to Formally Censure Director Lie,* as obtained from the website of FALCON SCHOOL DISTRICT 49, is attached hereto as *Exhibit A*.

20.    Based upon information and belief, JOHN GRAHAM was in contact with certain individuals or groups in advance of the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, to encourage support for the effort to call for the immediate resignation of Ivy Lie, including supporting and encouraging some of those individuals who attended that meeting and were holding up signs.

21.    Due to significant pre-meeting publicity, the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, was well attended by the general public.

22.    During the course of the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, those members of the general public who were aligned with the viewpoint of JOHN GRAHAM in believing that believed Ms. Liu should immediately resign held upon various signs during the course of the meeting call upon Ms. Liu to resign.

23.    Specifically, some of the members of the general public in attendance at the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, and who were aligned with the viewpoint of JOHN GRAHAM in believing that believed Ms. Liu should immediately resign held signs during the course of the meeting containing letters that spelled out "RESIGN" as indicated from the photograph below:



24.     Still, other members of the general public in attendance at the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, and who were aligned with the viewpoint of JOHN GRAHAM in believing that believed Ms. Liu should immediately resign held newspapers up during the course of the meeting which had printed on the back side "Resign Ivy!" as indicated from the photograph below:



25.     During the course of the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, the individuals indicated in the foregoing photographs (and possibly others) were allowed to hold such signs displaying their core political speech, without interference from JOHN GRAHAM or other personnel with the FALCON SCHOOL DISTRICT 49.

26.     The events occurring during the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, including the ability of individuals to hold signs was also reported or part of visual displays in local media.  For example:

    a.  in a news report by television station KRDR NewsChannel 13 in Colorado Springs about the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022,[2] the ability of individuals to hold up signs at the meeting was clearly displayed:



---

    2     Available at https://www.youtube.com/watch?v=GQczyeqvSYw.

- 9 -

b.  similarly, in a report published in *The Colorado Springs Business Journal*,[3] the ability of individuals to hold up signs at the meeting was similar indicated:





27.    Individuals attending the meeting who held signs during the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, were not prevented or otherwise restrain from displaying their signs, *i.e.*, engaging in First Amendment protected speech, from the audience during the course of the meeting.

---

3    Available at https://www.csbj.com/premier/businessnews/district-49-board-asks-director-to-resign/article_ceee7460-6758-11ed-a50a-6397faa0cd75.html

28.     Individuals attending the meeting who held signs during the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, were not removed or threatened with arrest if they continued to display their signs, *i.e.*, engaging in First Amendment protected speech.

### Meeting of February 22, 2023

29.     On February 22, 2023, the Board of Education of Falcon School District held a special meeting.

30.     DEBRA SCHMIDT and KELLY KOHLS were in attendance at the special meeting of the Board of Education of Falcon School District 49 held on February 22, 2023.

31.     During the course of the special meeting of the Board of Education of Falcon School District 49 held on February 22, 2023, and even though it was not included within the agenda approved for the special meeting, JOHN GRAHAM recognized (clearly through coordination in advance of the meeting) Brad Miller, legal counsel for the Board of Education, wherein Brad Miller proceeded to discuss follow-up to the *Resolution* adopted by the Board of Education at the specially meeting of November 10, 2022, *i.e.*, *Exhibit A*, including that he was releasing to the public the content of an investigative report.

32.     As the matter for which JOHN GRAHAM coordinated his recognition of Brad Miller was not within the subject of the notice for the special meeting and was not part of the agenda, when another member of the Board of Education of Falcon School District 49 sought to raise a point-of-order, JOHN GRAHAM refused to recognize or acknowledge such a point-of-order as doing so was contrary to his personal, political agenda to attack and attempt to pressure Ms. Liu to resign due to political disagreements.

33.    When JOHN GRAHAM was further challenged on his heavy-handed tactic of ignoring basic parliamentary procedure in order to pursue his personal, political agenda against Ms. Liu and inherent in the *Resolution*, *i.e.*, *Exhibit A*, DEBRA SCHMIDT and KELLY KOHLS, who were seated in the audience in the front row, each held up a small sign at chest level calling for the resignation of the three members of the Board of Education who had supported the *Resolution*, *viz.*, JOHN GRAHAM, Lori Thompson, and Rick Van Wieren:



34.    The content of these signs simply declared "Rick Lori John RESIGN", referencing three members of the Board of Education of Falcon School District 49, *viz.*, JOHN GRAHAM, Lori Thompson, and Rick Van Wieren.

35.    On the side of the sign held by DEBRA SCHMIDT and KELLY KOHLS was a hand with a thumb raised/lowered (depending upon how one held the sign), similar to the following:



36.    At the special meeting of the Board of Education of Falcon School District 49 held on February 22, 2023, KELLY KOHLS and DEBRA SCHMIDT were displaying both sides of the sign each was holding, *i.e.*, the thumbs-up/thumbs-down and the "Rick Lori John RESIGN".

37.    At the special meeting of the Board of Education of Falcon School District 49 held on February 22, 2023, KELLY KOHLS and DEBRA SCHMIDT were not displaying the signs in any manner to interfere with others in the sparse audience from hearing or viewing the proceedings of the Board of Education of Falcon School District 49.

38.    Upon seeing or recognizing the signs being held by DEBRA SCHMIDT and KELLY KOHLS calling for the resignation of JOHN GRAHAM, Lori Thompson, and Rick Van Wieren, JOHN GRAHAM became immediately aggressive towards DEBRA SCHMIDT and KELLY KOHLS and the specific viewpoint of the signs they were displaying, declaring to DEBRA SCHMIDT and KELLY KOHLS:

> JOHN GRAHAM:  … Ladies, when the purple shirts put up "Ivy Liu resign" signs, I told them to put them down –
>
> Unidentified: No you didn't.
>
> JOHN GRAHAM:  you're allowed --- yes , I did and I did it twice.  So, if you want to pick up the signs, you need to put them down.   Thumbs up, thumbs down signs I don't care about.  But if you want to do those signs, that is out of order for the meeting and has been out of order when I called the purple shirts out of order.
> ….
> Where they're not allowed to pick up resign "signs", and neither are you.  You don't like it, you can be asked to leave or you can follow the rules of decorum. Thank you.

39.     Based upon information and belief, the reference by JOHN GRAHAM to the "purple shirts" holding up signs is a reference to the various individuals holding signs during the course of the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022. *See paragraphs 23, 24, 26a & 26b*, *supra*.

40.     A review of the audio record of the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, indicates that, at no time during the course of the meeting, did JOHN GRAHAM or anybody on behalf of FALCON SCHOOL DISTRIT 49 make any mention or reference to the signs being held up by those in attendance.

41.     A review of the audio record of the special meeting of the Board of Education of Falcon School District 49 held on November 10, 2022, indicates that, at no time during the course of the meeting, did JOHN GRAHAM or anybody on behalf of FALCON SCHOOL DISTRIT 49 request, direct, or demand that those holding up of signs calling for the resignation of Ms. Liu cease to do so.

42.     Thus, when, during the course of the special meeting of the Board of Education of Falcon School District 49 held on February 22, 2023, JOHN GRAHAM declared that he demanded the "purple shirts" not display signs calling for the resignation of Ms. Liu, such statement was false.

43.     After JOHN GRAMAM made the foregoing statement, *see paragraph 38, supra*, DEBRA SCHMIDT and KELLY KOHLS continued to exercise their First Amendment rights by continuing to hold their respective sign calling for the resignation of JOHN GRAHAM, Lori Thompson, and Rick Van Wieren.

- 14 -

44.     Soon thereafter, JOHN GRAHAM halted the meeting with the following declaration and threat personally directed towards DEBRA SCHMIDT and KELLY KOHLS:

> JOHN GRAHAM:   …. At this time, the board is going to go into recess for 5 minutes.  Security, we have people holding up the signs that they were told not to hold up as other people have been told not to hold up.  The Board is going to recess, depart the room, so that we can follow our procedure and you'll be asked again to put the signs down as other people have.  And, if you don't, you're going to asked to leave; if not, we're going to call the police and have you removed.  You have to follow the order of decorum.

45.     Immediately after JOHN GRAHAM made the following declaration and threat personally directed towards DEBRA SCHMIDT and KELLY KOHLS, ROBERT KONZ and DAVID GLENN approached DEBRA SCHMIDT and KELLY KOHLS and, at the behest of JOHN  GRAHAM, demanded that, in light of their refusal to not display their signs calling for the resignation of JOHN GRAHAM, Lori Thompson, and Rick Van Wieren, DEBRA SCHMIDT and KELLY KOHLS needed to leave the meeting less the police be called to force their removal.

46.     At the behest of JOHN  GRAHAM, ROBERT KONZ and DAVID GLENN proceeded to escort DEBRA SCHMIDT and KELLY KOHLS from the room where the meeting of the Board of Education of Falcon School District 49 was taking place and, in fact, escorted them from the building itself, refusing to allow them to stay within the building itself until the end of the meeting.

47.     DEBRA SCHMIDT attended the meeting of the Board of Education of Falcon School District 49 on March 9, 2023, and forewent holding any sign critical of JOHN GRAHAM, Lori Thompson, and Rick Van Wieren, including a sign calling for their resignation, less JOHN GRAHAM force her removal once again from the meeting based upon the viewpoint of the sign and less the police be called.

- 15 -

48.     DEBRA SCHMIDT and KELLY KOHLS desire to be able to attend future meetings of the Board of Education of Falcon School District 49 and to hold in a non-disruptive manner signs critical of JOHN GRAHAM, Lori Thompson, and Rick Van Wieren, including signs calling for their resignation, and to be able to do so free of JOHN GRAHAM forcing or threatening their removal.

**First Cause of Action**
**(42 U.S.C. 1983 – First Amendment)**

49.     Plaintiffs incorporate by reference the foregoing as if fully restate herein.

50.     The policies, practices, and customs of FALCON SCHOOL DISTRICT 49 and the personal actions of JOHN GRAHAM, ROBERT KONZ, and DAVID GLENN have unconstitutionally limited, restricted, and/or prohibited the core political speech of members of the public based upon the viewpoint of certain persons attending any public meeting of the Board of Education of Falcon School District 49, including the core political speech of DEBRA SCHMIDT and KELLY KOHLS.

51.     As a direct and proximate result of the policies, practices, and customs of FALCON SCHOOL DISTRICT 49 and the personal actions of JOHN GRAHAM, ROBERT KONZ, and DAVID GLENN, DEBRA SCHMIDT and KELLY KOHLS have suffered injury and damages in having their core political speech stifled and censored during the course of the public meeting of the Board of Education of Falcon School District 49 held on February 22, 2023.

52.     As a direct and proximate result of the policies, practices, and customs of FALCON SCHOOL DISTRICT 49 and the personal actions of JOHN GRAHAM, ROBERT KONZ, and DAVID GLENN, DEBRA SCHMIDT and KELLY KOHLS have suffered injury and damages in having their core political speech stifled and censored, based upon the viewpoint expressed, during

the course of the public meeting of the Board of Education of Falcon School District 49 held on February 22, 2023.

53.    As a direct and proximate result of the policies, practices, and customs of FALCON SCHOOL DISTRICT 49 and the personal actions of JOHN GRAHAM, ROBERT KONZ, and DAVID GLENN, DEBRA SCHMIDT and KELLY KOHLS have suffered injury and damages in having their core political speech stifled and censored during the course of the public meeting of the Board of Education of Falcon School District 49 held on February 22, 2023, in retaliation for DEBRA SCHMIDT and KELLY KOHLS engaging in rights protected by the First Amendment.

54.    At the meeting of the Board of Education of Falcon School District 49 held on February 22. 2023, DEBRA SCHMIDT and KELLY KOHLS have had their core political speech squelched, which deprived them of their constitutional rights to freedom of speech as protected by the First Amendment, the right to petition the government for redress of grievances pursuant to the First Amendment, and the denial of equal protection of the law in violation of the rights afforded by the Fourteenth Amendment.

55.    The FALCON SCHOOL DISTRICT 49 and JOHN GRAHAM threaten to continue to violate the First Amendment rights of those who attend meetings of the Board of Education of Falcon School District 49, including DEBRA SCHMIDT and/or KELLY KOHL, by prohibiting and forcing the removal of individuals who hold signs in a non-disruptive manner that are critical of a majority of the Board of Education, *i.e.*, JOHN GRAHAM, Lori Thompson, and Rick Van Wieren, while allowing signs critical of members of the Board of Education not aligned politically with JOHN GRAHAM.

- 17 -

56.     The FALCON SCHOOL DISTRICT 49 and JOHN GRAHAM threaten to continue to violate the First Amendment rights of those who attend meetings of the Board of Education of Falcon School District 49, including DEBRA SCHMIDT and/or KELLY KOHL, by prohibiting and forcing the removal of individuals who hold signs during the course of such meetings and who do so in a manner that is not disruptive or interfering with the meeting itself or those in attendance.

57.     Furthermore, pursuant to 28 U.S.C. § 2202 and Fed. R. Civ. P. 65, it is appropriate, and hereby requested, that this Court issue a preliminary and permanent injunction enjoining the FALCON SCHOOL DISTRICT 49 and JOHN GRAHAM from enforcing any prohibition on the advocacy by DEBRA SCHMIDT and KELLY KOHLS (as well as others) in holding signs as part of any meeting of the Board of Education of Falcon School District 49 so long as such signs do not interfere with other members of the public from viewing and hearing the proceedings of the Board of Education.

WHEREFORE, Plaintiffs pray for judgment against Defendants and that the Court:

A.     Adjudge, decree and declare the rights and other legal relations of the parties to the subject matter in controversy in order that such declarations shall have the force and effect of final judgment and that the Court retain jurisdiction of this matter for the purpose of enforcing the Court's orders;

B.     Pursuant to 28 U.S.C. §2201, declare that the policies, practices, and customs of the FALCON SCHOOL DISTRICT 49, as well as the actions of JOHN GRAHAM, ROBERT KONZ, and DAVID GLENN as set forth above violated the First and Fourteenth Amendments to the United States Constitution;

C.   Pursuant to 28 U.S.C. §2202, 42 U.S.C. §1983, and Fed. R. Civ. P. 65 preliminarily and permanently enjoin JOHN GRAHAM from enforcing the unconstitutional policies, practices, and customs set forth above against DEBRA SCHMIDT and KELLY KOHLS and others similarly situated now or in the future, and to retain jurisdiction of this matter for the purpose of enforcing the Court's orders;

D.   award damages to DEBRA SCHMIDT and KELLY KOHLS for the actions and conduct of the Defendants herein giving rise to their injuries set forth above;

E.   Pursuant to 42 U.S.C. §1988 and other applicable law, award Plaintiff costs and expenses incurred in bringing this action, including reasonable attorneys' fees; and

F.   Grant such other and further relief as the Court deems equitable, just and proper.

Respectfully submitted,

*/s/ Curt C. Hartman*

Curt C. Hartman (OH0064242)
THE LAW FIRM OF CURT C. HARTMAN
7394 Ridgepoint Drive, Suite 8
Cincinnati, Ohio    45230
Telephone: (513) 379-2923
E-mail: *hartmanlawfirm@fuse.net*
Attorney for Plaintiffs Debra Schmidt and Kelly Kohls