

## RESOLUTION

## TO FORMALLY CENSURE DIRECTOR LIU

**WHEREAS**, Director Ivy Liu of the Board of Directors of School District 49 has engaged in willful and repeated behaviors that constitute a failure to meet her fiduciary responsibilities to the district's students, staff, parents, taxpayers and residents, and;

**WHEREAS**, Director Liu's activities include, but are not limited to the following:

- A recent Facebook posting quoting the most vile and evil person of the 20th century, resulting in a firestorm of outrage in the community
- Maintaining false identities and posting hysterical and unsupported claims under assumed names to multiple social media sites
- Falsely presenting to her followers, actions either about to be taken or previously taken
- Falsely characterizing the political or religious stances of those who disagree with her
- Failing to maintain confidential dialogue and thereby intimidating and instilling an atmosphere of fear throughout the district causing key employees to resign and leave
- Creating a negative image and reputation for the district in the public eye with false statements meant to create public disharmony
- Attacking teachers and staff with false generalizations of activities within the district, and particularly by insinuating that practices occurring elsewhere must also be embedded in District 49
- Attempting and in some cases succeeding in 'black balling' prospective employees over social media posts on the candidates Facebook or other profiles, or over political or social views, in potential violation of labor laws
- Continuous and repeated violation of sunshine law requirements
- Sabotaging board priorities that included creating a more positive culture and recruiting and retaining high quality employees by issuing false, negative, and inflammatory statements
- Creating an adverse affect on property values within D49 by creating a negative impression of the district, and;

**WHEREAS**, the behaviors delineated above violate the District 49 Cultural Compass, undermine the District's Strategic Priorities, distract from the Board's Strategic Objectives, and fall well below the standards of conduct for district employees as enumerated in multiple policies;

**NOW, THEREFORE, BE IT RESOLVD AS FOLLOWS:**

The Board of Directors of El Paso County, Colorado School District 49 do hereby formally censure, and demand the immediate resignation of Director Ivy Liu.

**BE IT ALSO RESOLVED THAT:**

The board authorizes the Miller Farmer Law firm to retain on its behalf, an investigative firm to

Exhibit A

assist in developing a legal case for possible criminal or civil action against director Liu at an initial cost not to exceed $10,000. Evidentiary collection activities shall include but not be limited to:

- subpoena of her district-provided technology devices and personal technology devices,
- depositions of former and prospective employees, providing "whistleblower" protection to staff, and
- subpoena of personal phone, email, social media and text records.

Furthermore, no legal protection shall be afforded to director Liu by the district or at district expense.

ADOPTED AND APPROVED this 10th day of November 2022

John Graham, Board President
School District 49

(SEAL) ATTEST:

Lori Thompson, Board Secretary
School District 49