IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 23–cv–00883–MDB

DEBRA SCHMIDT, and
KELLY KOHLS,

      Plaintiffs,

v.

FALCON SCHOOL DISTRICT 49,
JOHN GRAHAM, individually and in his official capacity as president of the Board of
Education of Falcon School District 49,
ROBERT KONZ, and
DAVID GLENN,

      Defendants.

---

## ORDER SETTING JURY TRIAL AND PRETRIAL PROCEEDINGS

---

      Pursuant to Fed. R. Civ. P. 16(e), D.C.COLO.LCivR 16.3, and D.C.COLO.LCivR 43.1, the court enters this **Order Setting Jury Trial and Pretrial Proceedings.**

**IT IS ORDERED** as follows:

1. A trial by jury shall commence **July 14, 2025 at 9:00 a.m.** in Courtroom 101 of the United States District Court for the District of Colorado at Colorado Springs located at 212 North Wahsatch Avenue, Colorado Springs, Colorado, at which time all parties shall appear in person without further notice, order, or subpoena;

2. The court reserves four (4) days for trial:

    •     **Monday, July 14, 2025 through Thursday, July 17, 2025**

3. Counsel and any *pro se* party shall appear at 8:00 a.m. on the first day of trial to review and discuss with the courtroom deputy clerk and the Court, if necessary, any final details, arrangements, or requirements concerning the trial;

4.  A **Video Final Pretrial Conference** is set for **June 30, 2025 at 10:00 a.m. (participant instructions attached)**

5.  The proposed Final Pretrial Order, submitted pursuant to District Court Electronic Case Filing Procedures, shall be presented for approval of the Court no later than seven (7) days before the Final Pretrial Conference, i.e. by **June 23, 2025.**

6.  The proposed Final Pretrial Order shall be prepared in the time, manner, and form prescribed by D.C.COLO.LCivR 16.3 found at Local Rules- 2021 Final. The required Exhibit and Witness Lists shall comply with this Court's Practice Standards found at Hon. Maritza Dominguez Braswell | US District Court of Colorado

7.  During the Final Pretrial Conference the parties shall be prepared to:

    a.  Discuss the Final Pretrial Order
    b.  Discuss any disputes re: the proposed Exhibit Lists and Witness Lists
    c.  Discuss *voir dire* questions
    d.  Address any pending motions
    e.  Argue any pending *Motions in Limine*
    f.  Discuss whether trial briefs are necessary or could be helpful to the Court
    g.  Estimate the total length of trial
    h.  Discuss any settlement efforts to date
    i.  Discuss jury selection/jury practices
    j.  Discuss whether any issues may be narrowed by stipulation
    k.  Discuss whether deposition transcript designations will be necessary
    l.  Discuss the items to be filed ahead of trial (see this Court's Practice Standards found at Hon. Maritza Dominguez Braswell | US District Court of Colorado).

8.  A **Trial Preparation Conference** is set for **July 11, 2025 at 10:00 a.m**. Absent leave of Court, lead counsel and any *pro se* party must attend the conference in person;

9.  Unless ordered otherwise, the jurors: 1. Shall not be sequestered before deliberations; 2. Will be permitted to take notes during trial; 3. Will be instructed before closing arguments; and 4. Will be given copies of the jury instructions for use during deliberations.

10. Trial witnesses subject to sequestration under Fed. R. Evid. 615 shall be sequestered by order entered *sua sponte* immediately before opening statements;

11. Unless interrupted by the Court, in marshaling motions or objections during trial, the following sequential protocol shall be observed: objection, response, reply, ruling;

12. To eliminate or minimize bench or sidebar conferences, each party shall be responsible for

2

informing the Courtroom Deputy by the conclusion of each trial day whether there are any issues that need to be considered before commencing trial the next day, and at the outset of each trial day, they should inform the Courtroom Deputy whether there are any issues that need to be considered at or before the conclusion of that trial day.

13. For additional information about courtroom protocol, courtroom technology and training, trial preparation, transport of items into the courthouse and courtroom, or submission of trial exhibits, contact the Courtroom Deputy Clerk **Elizabeth Lopez Vaughan at 719-575-0328.**

Dated this 25th day of March, 2025.

BY THE COURT:

_____
Maritza Dominguez Braswell
United States Magistrate Judge