IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 23-cv-00883-MDB | Date: June 30, 2025 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Debra Schmidt, et al | Curt Hartman |
| | Christopher Finney |
| Plaintiffs, | |
| v. | |
| Falcon School District 49, et al | Troy Krenning |
| | Bryan Carlson |
| Defendants. | |

## COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE**

**10:03 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion and review of the parties' proposed *Final Pretrial Order* at ECF No. 44, Defendants' *Opposed Motion to Continue Jury Trial* at ECF No. 42 (see also ECF No. 46) and Plaintiffs' *Motions in Limine* at ECF No.'s 40 and 41 (see also ECF No. 43).

**10:58 a.m.**     **Court in recess.**

**11:11 a.m.**     **Court back in session.**

**ORDERED**:   For reasons put forth on the record, the Motion to Continue at ECF No. 42 is **DENIED**. The Trial Preparation Conference set for July 11, 2025 and the jury trial set to commence on July 15, 2025 are maintained.

The parties supplement Plaintiffs' *Motions in Limine* with additional arguments in support of their respective positions.

**ORDERED:**   The *Motion in Limine* at ECF No. 40 is **DENIED**.

**ORDERED:** The *Motion in Limine* at ECF No. 41 is **held in abeyance** pending more fulsome briefing. Defendants are directed to file a Supplemental Response that cites to case law, if any, where courts find a defendant would be meaningfully prejudiced at trial if they are not allowed to present evidence or argument of plaintiff's coordinated efforts to bring federal litigation based on allegedly manufactured constitutional violations. Additionally, Defendants must articulate the specific prejudice to them in this case, by describing the type of evidence they intend to elicit at trial on this issue. Plaintiffs are directed to file a Reply that cites to case law, if any, where courts find meaningful prejudice to plaintiff if defendant were permitted to elicit evidence or argue at trial that plaintiff coordinated and manufactured constitutional violations. Plaintiffs are also directed to state the precise relief they seek by setting forth their proposed language for an order on this issue. Defendants' Supplemental Response is limited to 5 pages, and shall be filed on or before **July 7, 2025**. Plaintiffs' Reply is limited to 3 pages and due on or before **July 10, 2025**.

Discussion held about trial logistics

**Final Pretrial Order is signed**.

**11:42 a.m.**      **Court in recess.**

Hearing concluded.
Total in-court time    01:26

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.