UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-883-MDB

DEBRA SCHMIDT, *et al.*,

    Plaintiffs,

v.

FALCON SCHOOL DISTRICT 49, *et al.*,

    Defendants.

---

## VERDICT FORM

---

We, the undersigned members of the jury in the above-entitled action, render our unanimous verdict as follows:

**SECTION I: Viewpoint**

1. Did Plaintiffs prove, by a preponderance of the evidence, that John Graham took action against Plaintiffs based upon the viewpoint being expressed by Plaintiffs on their signs?

    __✓__ Yes          ____ No

> If you answered "Yes" to Question Number 1 you must enter a verdict in favor of Plaintiffs and against **John Graham and the School District.**

**SECTION II: Reasonable in light of the purpose of the forum**

2. Did Defendants prove by a preponderance of the evidence that their restriction on Plaintiffs' speech was reasonable in light of the purpose of the forum?

    _____ Yes          √ No

*If you answered "Yes," to Question 2, skip ahead to the Verdict & Damages Section (Section III, below).*

*If you answered "No" to Question 2, then the speech restriction was unconstitutional, and you must determine who caused the deprivation of Plaintiffs' constitutional rights. To do that, you must answer Questions 2.a.-2.d.*

   2.a. Did John Graham cause the deprivation of Plaintiffs' constitutional rights?

   √ Yes          _____ No

   If you answered "Yes" to Question 2.a. you must enter a verdict in favor of Plaintiffs and against **John Graham and the School District.**

   2.b. Did David Glenn cause the deprivation of Plaintiffs' constitutional rights?

   _____ Yes          √ No

   If you answered "Yes" to Question 2.b. you must enter a verdict in favor of Plaintiffs and against **David Glenn.**

2.c. Did Robert Konz cause the deprivation of Plaintiffs' constitutional rights?

_____ Yes          √  No

If you answered "Yes" to Question 2.c. you must enter a verdict in favor of Plaintiffs and against **Robert Konz.**

2.d. Is the deprivation of Plaintiffs' constitutional rights attributable to a School District policy, practice, or custom?

√  Yes          _____ No

If you answered "Yes" to Question 2.d., then you must enter a verdict in favor of Plaintiffs and against the **School District.**

**Section III: Verdict & Damages**

*If your responses to the prior questions require a verdict in favor of Plaintiffs and against a particular Defendant, you must award nominal damages against that Defendant, below.*

*If your responses to the prior questions do not require a verdict against a particular Defendant, you must leave the corresponding statement blank:*

(1) We, the jury, enter a verdict in favor of Plaintiffs, and against the School District, in the amount of $ 2,000 .

(2) We, the jury, enter a verdict in favor of Plaintiffs, and against John Graham, in the amount of $ 2,500 .

(3) We, the jury, enter a verdict in favor of Plaintiffs, and against David Glenn, in the amount of $_____.

(4) We, the jury, enter a verdict in favor of Plaintiffs, and against Robert Konz, in the amount of $_____.

Duly entered on this the 17th day of July 2025.

