IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 23–cv–00883–MDB

DEBRA SCHMIDT, and
KELLY KOHLS,

    Plaintiffs,

v.

FALCON SCHOOL DISTRICT 49,
JOHN GRAHAM, individually and in his official capacity as president of the Board of Education of Falcon School District 49,
ROBERT KONZ, and
DAVID GLENN,

    Defendants.

## ORDER

As reflected in the record and Courtroom Minutes (Doc. No. 59), at the conclusion of Plaintiffs' case, the Court heard statements and arguments from Plaintiffs' counsel and Defendants' counsel, seeking judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a).

The Court **denied** the following motions:

- Plaintiffs' 50(a) Motion on the issue of adverse action.
- Plaintiffs' 50(a) Motion on their purported equal protection claim.
- Plaintiffs' 50(a) Motion on the policy/practice's facial viewpoint discrimination.

The Court **granted** the following motions:

- Defendants' 50(a) Motion on Plaintiffs' purported equal protection claim.

The Court held the following motions in **abeyance**:

- Plaintiffs' 50(a) Motion concerning the reasonableness of Defendants' restrictions.

- Defendants' 50(a) Motion seeking dismissal of Defendants Konz and Glenn.

In light of the jury's verdict, these motions are now **denied**.

Dated this 23rd day of July, 2025.

**BY THE COURT:**

_____
Maritza Dominguez Braswell
United States Magistrate Judge