IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 23–cv–00883–MDB

DEBRA SCHMIDT, and
KELLY KOHLS,

    Plaintiffs,

v.

FALCON SCHOOL DISTRICT 49,
JOHN GRAHAM, individually and in his official capacity as president of the Board of Education of Falcon School District 49,
ROBERT KONZ, and
DAVID GLENN

    Defendants.

---

## FINAL JUDGMENT

---

This matter was tried on July 15, 2025 through July 17, 2025, before a duly sworn jury of eight, Magistrate Judge Maritza Dominguez Braswell presiding.

The trial proceeded to conclusion and the jury rendered its verdict as follows:

- Plaintiffs did prove, by a preponderance of the evidence, that John Graham took action against Plaintiffs based upon the viewpoint being expressed by Plaintiffs on their signs.

- Defendants did not prove, by a preponderance of the evidence, that Defendants' restriction on Plaintiffs' speech was reasonable in light of the purpose of the forum.

- John Graham caused the deprivation of Plaintiffs' constitutional rights.

- David Glenn did not cause the deprivation of Plaintiffs' constitutional rights.

- Robert Konz did not cause the deprivation of Plaintiffs' constitutional rights.

- The deprivation of rights was attributable to the School District's policy, practice or custom.

The jury awarded damages against John Graham and the School District.

**ACCORDINGLY, IT IS ORDERED** that, pursuant to Fed. R. Civ. P. 58(a), final judgment for nominal damages is hereby entered in favor of the Plaintiffs Debra Schmidt and Kelly Kohls and against the Defendant, Falcon School District 49 the amount of $2,000.00, plus interest accruing as of July 23, 2025 at the applicable rate of 4.08% pursuant to Title 28 U.S.C. § 1961.

Additionally, and also pursuant to Fed. R. Civ. P. 58(a), final judgment for nominal damages in is hereby entered in favor of the Plaintiffs Debra Schmidt and Kelly Kohls against John Graham, in his individual and official capacity as president of the Board of Education of Falcon School District 49 in the amount of $2,500.00, plus interest accruing as of July 23, 2025 at the applicable rate of 4.08% pursuant to Title 28 U.S.C. § 1961

It is **FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, Plaintiffs, Debra Schmidt and Kelly Kohls, shall have their reasonable attorney's fees and costs by the filing of a Bill of Costs with the Clerk of this Court and a motion for attorney fees within fourteen days of the entry of judgment.

It is **FURTHER ORDERED** that Plaintiffs' Bill of Costs application and motion for attorney fees deadline is extended to **September 26, 2025**.

DATED this 23rd day of July, 2025.

> FOR THE COURT:
>
> JEFFREY P. COLWELL, CLERK
>
> By: s/E. Lopez Vaughan
>      Deputy Clerk