IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Maritza Dominguez Braswell

Civil Action No. 23-cv-00883-MDB

DEBRA SCHMIDT, and
KELLY KOHLS

    Plaintiff,

v.

FALCON SCHOOL DISTRICT 49,
JOHN GRAHAM, individually and in his official capacity as president of the Board of Education of Falcon School District 49,
ROBERT KONZ, and
DAVID GLENN

    Defendant.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that trial counsel for the parties shall retain custody of their respective original exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED this 11th day of August, 2025.

BY THE COURT:

Maritza Dominguez Braswell
United States Magistrate Judge